IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

In the matter of the Arrest of )
)
**Gian PANGILINAN** ) Case No. 3:19-mj-00272-DMS
)
)
)

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your affiant, Ryan W. Borgeson, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), having been duly sworn, deposes and states as follows:

## AFFIANT'S TRAINING AND EXPERIENCE

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Beginning in May 2018, I attended Criminal Investigator Training Program and ATF Special Agent Basic Training in Glynco, Georgia that certified me as an ATF Special Agent. I have been assigned to the Anchorage Field Office since December 2018. Since becoming a Special Agent with the ATF, I have participated in numerous federal, state and local investigations involving firearm traffickers, armed narcotic traffickers, felons in possession of firearms and ammunition and the use of firearms in furtherance of drug trafficking crimes and other crimes of violence.

2. During my tenure with the ATF, I have become familiar with the methods and techniques associated with the distribution of narcotics. In the course of conducting these investigations, I have been involved in the preparation, presentation and execution of numerous search and arrest warrants which have resulted in the recovery of firearms, narcotics, currency and documentary evidence indicative of firearm and narcotic trafficking organizations. Many of these

JUL 1 0 2019

investigations have resulted in arrests leading to convictions for violations of federal firearm laws and violations of the Controlled Substances Act. During these investigations, I have been involved in the use of the following investigative techniques: interviewing confidential sources, cooperating witnesses and defendants; conducting physical surveillance, conducting short-term undercover operations; and consensual monitoring and recording of both telephonic and non-telephonic communications.

## INTRODUCTION

3. This Affidavit is in support of a Criminal Complaint charging Gian PANGILINAN in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(B) that it shall be unlawful for any person to knowingly or intentionally possess with intent to distribute, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine. The facts contained in this affidavit are based on my own personal knowledge, as well as information provided to me by other law enforcement officers. The information contained in this affidavit is submitted for the purpose of supplying probable cause in support of a criminal complaint.

## SOURCES OF INFORMATION

4. On July 9, 2019, Anchorage Police Department (APD) conducted surveillance at 327 Pauline, Anchorage, Alaska for an active State of Alaska arrest warrant for Gian PANGILINAN. Gian PANGILINAN left 327 Pauline and got into a red Suburban (AK Plate: EEJ941) right rear passenger seat. The driver of the vehicle was identified as Hans WELLS. APD followed the red suburban to the Holiday Station at 1405 Bragaw, Anchorage, Alaska where APD attempted to perform a traffic stop of the vehicle. The red Suburban began to elude officers and was last seen west bound on Northern Lights Boulevard.

JUL 1 0 2019

5. APD officers located the abandoned red Suburban (AK Plate: EEJ941) in an empty parking lot at the intersection of Fireweed Lane and Seward Highway, Anchorage, Alaska. APD officers observed PANGILINAN enter 606 E Fireweed Lane, Anchorage, Alaska at approximately 1745 hours via Sorrento's Restaurant (610 E Fireweed Lane, Anchorage, Alaska) surveillance camera footage. At approximately 1901 hours PANGILINAN leaves 606 E Fireweed Lane and got into an unknown white Chevrolet Tahoe.

6. On July 9, 2019, at approximately 2215 hours PANGILINAN was seen leaving 3240 Penland Parkway #88, Anchorage, Alaska and getting into the front passenger seat of a red Honda CRV (AK Plate: JMM930) and proceed south. APD officers then observed Hans WELLS leave 3240 Penland Parkway #88 and proceed east toward a nearby Burger King (700 Northway Dr, Anchorage, Alaska) on foot. Officers observe WELLS approach a 2014 white Cadillac Escalade (AK Temporary Tag: T816535) where PANGILINAN is standing in the driver side door.

7. At approximately 2225 hours APD officers approach the vehicle to arrest PANGILINAN. APD officers began to pursue PANGILINAN who began to flee west bound on foot. APD Officer Jonathan Butler observes PANGILINAN attempt to discard items as he fled the area. PANGILINAN climbed a fence on the west side of the Burger King parking lot and continued to discard items. APD officer Butler identified the discarded items as methamphetamine through his prior training and experience.

8. APD Officer Sean Keating collected and took custody of the suspected methamphetamine. Officer Keating conducted a field test and received positive indication for the presence of methamphetamine. The suspected methamphetamine was weighed at Anchorage Police Department (4501 Elmore Rd, Anchorage, Alaska), and had a gross weight of 166 grams

(including packaging). Based on my training and experience as a law enforcement officer, 166 grams of methamphetamine is a quantity that is consistent with distribution and not personal use.

9. APD officers caught up to PANGILIAN and arrested him based on his State of Alaska arrest warrant.

10. Based on your affiant's training and experience the quantity seized is utilized for distribution and not personal consumption.

## **CONCLUSION**

Based upon the foregoing, you affiant submits this affidavit as probable cause to believe Gian PANGILINAN violated Title 21 U.S.C. § 841(a)(1) that it shall be unlawful for any person to knowingly or intentionally possess with intent to distribute, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

Special Agent Ryan W. Borgeson
Bureau of Alcohol, Tobacco,
Firearms and Explosives

SUBSCRIBED AND SWORN TO before me this ___10___ day of July 2019.

UNITED STATES MAGISTRATE JUDGE

JUL 1 0 2019